ACCEPTED
15-25-00107-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/15/2025 1:45 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00107-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/15/2025 1:45:14 PM
CHRISTOPHER A. PRINE
~~Clerk~~

IN THE FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS

TEXAS DEPARTMENT OF INSURANCE, AND CASSIE BROWN, IN HER CAPACITY AS COMMISSIONER OF THE TEXAS DEPARTMENT OF INSURANCE,

*Appellants,*

*v.*

TEXAS LAND TITLE ASSOCIATION,

*Appellee.*

On Appeal from the 345th Judicial District Court
Travis County, Texas
Cause No. D-1-GN-25-001663

JOINT MOTION TO EXTEND TIME FOR FILING OF
APPELLEE'S BRIEF

Appellants, The Texas Department of Insurance and Cassie Brown, In Her Capacity As Commissioner of the Texas Department of Insurance, and Appellee, Texas Land Title Association file this joint motion for extension of deadline to file Appellee's brief on the grounds set forth below:

- 1 -

**I.**

This case involves a challenge to a ratemaking order pertaining to title insurance. A new ratemaking process is under way at the Texas Department of Insurance, and this process may well result in mooting this appeal and the underlying litigation by the end of the year. However, in the meantime, Appellee's brief is due on November 10, 2025. In order to let the new ratemaking process play out, and to conserve both judicial resources and those of the parties, Appellants and Appellee hereby request a 60-day extension on the deadline to file Appellee's brief.

Pursuant to Tex. R. App. P. 10.5(b), the parties state the following: (1) The current deadline for Appellee's Brief is November 10, 2025, which is 60 days after the original deadline of September 10, 2025; (2) the parties to this appeal are requesting another 60-day extension, until January 9, 2026; (3) the requested extension, which is made jointly, is to allow a new ratemaking process to play out which may moot this appeal and the underlying litigation; and (4) one previous unopposed 60-day extension was requested and granted by the Court.

**CONCLUSION OR PRAYER**

For the reasons stated herein, Appellants and Appellee hereby requests a 60-day extension of the deadline for filing Appellee's Brief, making it due on January 9, 2026.

Respectfully submitted,

By *Ray Chester*
Ray C. Chester
State Bar No. 04189065
Andrew M. Edge
State Bar No. 24071446
McGinnis Lochridge LLP
1111 W. 6th Street, Bldg. B,
Suite 400
Austin, Texas 78703
(512) 495-6000
(512) 495-6093 (Fax)
rchester@mcginnislaw.com
aedge@mcginnislaw.com

**Attorneys for Appellee**


By */s/ Rosalind L. Hunt with permission*
Rosalind L. Hunt
State Bar No. 24067108
Assistant Attorney Generals
Administrative Law Division
Office of the Attorney General of
Texas
P. O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4166
(512) 320-0167 (Fax)
Rosaline. Hunt@oag.texas.gov

**Attorneys for Appellants**
**Texas Department of Insurance**
**And Commissioner Cassie**
**Brown**

## CERTIFICATE OF CONFERENCE

I hereby certify that pursuant to Tex. R. App. P. 10.1(5), on the 15th day of October, 2025, I conferred with Rosalind Hunt, lead appellate counsel for Appellants, and Appellants join in this motion.

_____
Ray Chester

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of October, 2025, I electronically filed the above and foregoing document, which will send notification of such filing to:

ROSALIND L. HUNT
State Bar No. 24067108
Assistant Attorney Generals
Administrative Law Division
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4166
Facsimile: (512) 320-0167
Rosalind.Hunt@oag.texas.gov

_____
Ray Chester

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kim McBride on behalf of Ray Chester
Bar No. 04189065
kmcbride@mcginnislaw.com
Envelope ID: 106878395
Filing Code Description: Motion
Filing Description: Joint Motion to Extend Time for Filing of Appellee's Brief
Status as of 10/15/2025 2:07 PM CST

Associated Case Party: Texas Land Title Association

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kim McBride | | kmcbride@mcginnislaw.com | 10/15/2025 1:45:14 PM | SENT |

Associated Case Party: Texas Department of Insurance

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Rosalind Hunt | | rosalind.hunt@oag.texas.gov | 10/15/2025 1:45:14 PM | SENT |
| Jennifer Foster | | Jennifer.Foster@oag.texas.gov | 10/15/2025 1:45:14 PM | SENT |
| Meridith Fischer | | Meridith.Fischer@oag.texas.gov | 10/15/2025 1:45:14 PM | SENT |
| John Grey | | John.Grey@oag.texas.gov | 10/15/2025 1:45:14 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ray Chester | | rchester@mcginnislaw.com | 10/15/2025 1:45:14 PM | SENT |
| Drew Edge | | aedge@mcginnislaw.com | 10/15/2025 1:45:14 PM | SENT |
| James Brazell | | James.Brazell@oag.texas.gov | 10/15/2025 1:45:14 PM | SENT |